CLERK
U.S. BANKRUPTCY COURT
NORFOLK DIVISION

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

2025 MAY -5  PM 12: 59

_____Norfolk_____ **Division**

In re  Shantrell G Kitt                    FILED

Case No.  2571001

Chapter  7

Debtor(s)

## COVER SHEET FOR LIST OF CREDITORS

    I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on flash drive or by a typed hard copy in scannable format, with Request for Waiver attached, is a true, correct and complete listing to the best of my knowledge.

    I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) __1__ flash drive listing a total of __23__ creditors; or

(b) _____ scannable hard copy, with Request for Waiver attached, consisting of _____ pages, listing a total of _____ creditors

_____
Debtor

_____
Joint Debtor

Date: __05|05|25__    *[Check if applicable]* _____ Creditor(s) with foreign addresses included on flash drive/hard copy.

[cscredit ver. 11/19]

Global Lending Services
P.O Box 10437
Greenville SC 29603

Amazon.com Services LLC
ATTN: Amazon Payroll
P.O Box 80726
Seattle, WA 98108

Verizon Verizon National Recovery Operations
3900 North Washington Street, Floor 1,
Wilmington, DE 19802

Bayport CU
3711 Huntington Ave
Newport News, VA 23607

Syn/ First Progress
P.O Box 84010
Columbus, GA 31908

Citi
P.O Box 6217
Sioux Falls, SD 57117

Self/Lead
901 E. 6th Street
Austin, TX 78702

Car Fin Svc
725 Primera Blvd.
Lake Mary, FL 32746

Chrysler Cap
P.O Box 961211
Fort Worth, TX 76161

Tbom Fortiva
P.O Box 105555
Atlanta GA 30348

Receivables Management
7206 Hull St Road Ste 21
Richmond, VA 23235

City of Portsmouth
801 Crawford st
Portsmouth, Va 23704

Columbia Gas of Virginia
Revenue Recovery

P.O. Box 117
Columbus, OH 43216

Elizabeth River Tunnels
P.O Box 1117
Charlotte, NC 28201

Harris & Harris of Illinois
111 West Jackson Blvd, Suite 650
Chicago, IL 60604

South Norfolk Jordan Bridge
2705 West Sam Houston Parkway North
Houston, TX 77043

Sentara Medical Group
ATTN:Billing
P.O Box 2090
Morrisville, NC 27560

Bon Secours Medical Group
ATTN:Billing
5801 Bremo Road
Richmond, VA 23226

Children's Specialty Group
P.O Box 11049
Norfolk, VA 23517

Glasser and Glasser, P.L.C.
580 E Main St Ste 600
Norfolk, VA 23510

Navy Federal Credit Union
Attn: Subpoenas
820 Follin Ln SE
Vienna, VA  22180

Elephant Insurance
P.O. Box 715658
Philadelphia, PA 19171-5658

Direct Auto Insurance
ATTN:Billing
1128 Murfreesboro Rd., Suite 103
Nashville, TN 37217